FILED US District Court-UT
NOV 17 '21 PM02:53

ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR DOC PEARSON,<br><br>Defendant. | **INDICTMENT**<br><br>Count I:  18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm.<br><br><br>Case: 4:21-cr-00120<br>Assigned To : Nuffer, David<br>Assign. Date : 11/17/2021 |

The Grand Jury Charges:

## COUNT I
### 18 U.S.C. § 922(a)(6)
### (False Statement During Attempted Acquisition of a Firearm)

On or about December 10, 2020, in the District of Utah,

### TAYLOR DOC PEARSON,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a

Heritage Rough Rider .22 caliber revolver, from a licensed firearm dealer within the

meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious

written statement intended and likely to deceive the firearm dealer with respect to any fact

material to the lawfulness of such acquisition of the firearm, in that he falsely answered

"no" on ATF form 4473 asking whether he was subject to a court order restraining him

from harassing, stalking, or threatening an intimate partner, and, as he then knew, his

answer was untrue; all in violation of 18 U.S.C. § 922(a)(6), and punishable pursuant to 18

U.S.C. § 924(a)(2).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

_____
VICTORIA K. McFARLAND
Assistant United States Attorney

2